JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GALAVIZ, | Case No. CV 15-5546-JVS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE DAVIES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: June 08, 2016

_____
HONORABLE JAMES V. SELNA
United States District Judge